McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

AUG 23 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER FRANCO GUTIERREZ,
EDUARDO CARTAGENA, and
OLDAIM LOPES,

    Defendants.

CASE NO. 2:18-CR-0166 TLN

ORDER TO SEAL

(UNDER SEAL)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew M. Yelovich to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court, but that the government shall be permitted to share the Indictment for the limited purpose of extradition without further Order of this Court.

Dated: 8-23-2018

_____
Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE