| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| 2 | KRISTY M. HORTON, #271250 |
| | Law Office of Thomas A. Johnson |
| 3 | 400 Capitol Mall, Suite 2560 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 422-4022 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00166-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: February 13, 2020 |
| ALEXANDER FRANCO GUTIERREZ, EDUARDO CARTAGENA, and OLDAIM LOPES, | Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendants. | |

### **STIPULATION**

The United States of America through its undersigned counsel, Christina McCall, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Alexander Franco Gutierrez, and Dina Santos, counsel for Eduardo Cartagena, hereby stipulate the following:

1. The Status Conference was previously set for February 13, 2020. By this stipulation, the parties now move to continue the Status Conference to April 30, 2020, at 9:30 a.m. and to exclude time between February 13, 2020, and April 30, 2020 under the Local Code T-4 (to allow defense counsel time to prepare).

2. The parties agree and stipulate, and request the Court find the following:

   a. A continuance is requested because counsel for the defendants need additional time to review the discovery, conduct investigation, and discuss a potential resolution.

STIPULATION AND ORDER        - 1 -

b. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   c. The Government does not object to the continuance.
   d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
   e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 13, 2020, to April 30, 2020, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE: February 5, 2020

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Alexander Franco Gutierrez

DATED: February 5, 2020

McGregor W. Scott
United States Attorney

/s/ Christina McCall
CHRISTINA McCALL
Assistant U.S. Attorney

DATE: February 5, 2020

                /s/ Dina Santos
                DINA SANTOS
                Attorney for Eduardo Cartagena

## **ORDER**

The Court has read and considered the Stipulation Regarding Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.

**IT IS SO ORDERED.**

Dated: February 6, 2020

                Troy L. Nunley
                United States District Judge