McGREGOR W. SCOTT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0166 TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALEXANDER FRANCO GUTIERREZ, EDUARDO CARTAGENA, | DATE: April 30, 2020
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Alexander Franco Gutierrez and Eduardo Cartagena, by and through defendants' counsel of record, hereby stipulate:

1. By previous order (ECF No. 33), this matter was set for a status conference on April 30, 2020.

2. By this stipulation, the parties now move to continue the status conference until July 16, 2020, at 9:30 a.m., and to exclude time between April 30, 2020, and July 16, 2020, under Local Code T4.

3. Defendant Gutierrez was arraigned on the charges in the Indictment on November 12, 2019. ECF No. 20. Defendant Cartagena was arraigned on December 19, 2019. ECF No. 27.

/ / /

4. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery produced in this case so far includes voluminous investigative reports, criminal history information, and recorded statements of the defendant. Discovery produced to date includes thousands of pages of documents on 70 discs. This discovery has been produced directly to counsel. The government also plans to make available for inspection certain communications involving the defendants.

    b) Counsel for defendants desire additional time to: review the voluminous discovery; meet with their clients to discuss legal issues, strategies and potential evidence in the case; and review expected forthcoming communications involving the defendants from the government.

    c) Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government joins in the request for the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 30, 2020 to July 16, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 20, 2020         McGREGOR W. SCOTT
                              United States Attorney

                              /s/ CHRISTINA McCALL
                              CHRISTINA McCALL
                              Assistant United States Attorney

Dated: April 20, 2020         /s/ TOM JOHNSON
                              TOM JOHNSON
                              Counsel for Defendant
                              ALEXANDER FRANCO
                              GUTIERREZ

Dated: April 20, 2020         /s/ DINA SANTOS
                              DINA SANTOS
                              Counsel for Defendant
                              EDUARDO CARTAGENA

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME UNDER           3
SPEEDY TRIAL ACT; FINDINGS AND ORDER

## FINDINGS AND ORDER

The Court has read and considered the Stipulation to Continue Status Conference and Exclude Time Under Speedy Trial Act filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.  Time is hereby excluded between April 30, 2020 and July 16, 2020.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.

DATED: April 20, 2020

Troy L. Nunley
United States District Judge