THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEXANDER FRANCO GUTIERREZ,<br><br>　　　　Defendant. | Case No.: 2:18-cr-00166-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date:　July 22, 2021<br>Time:　9:30 a.m.<br>Judge:　Hon. Troy L. Nunley |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 22, 2021, is continued to October 14, 2021, at 9:30 a.m. in the same courtroom. Defense counsel needs additional time to prepare for sentencing. Christina McCall, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The assigned probation officer is available on the newly requested date. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | October 14, 2021 |
| Reply or Statement | October 7, 2021 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | September 30, 2021 |

STIPULATION AND ORDER　　　- 1 -

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | September 23, 2021 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 16, 2021 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | September 2, 2021 |

**IT IS SO STIPULATED.**

DATE: July 14, 2021

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Alexander Franco Gutierrez

DATED: July 14, 2021

PHILIP A. TALBERT
Acting United States Attorney

/s/ Christina McCall
CHRISTINA McCALL
Assistant U.S. Attorney

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated: July 14, 2021

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER         - 2 -