PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00166-1-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| ALEXANDER FRANCO GUTIERREZ, | DATE: January 6, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate:

1. By previous order, this matter was set for a sentencing hearing on January 6, 2022.

2. By this stipulation, the parties now move to continue the sentencing hearing until March 3, 2022, at 9:30 a.m. The assigned United States Probation Officer is available on that date.

Dated: December 23, 2021                PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ CHRISTINA McCALL
                                        CHRISTINA McCALL
                                        Assistant United States Attorney

Dated: December 23, 2021          /s/ Thomas A. Johnson
                                               Thomas A. Johnson
                                               Counsel for Defendant
                                               ALEXANDER FRANCO
                                               GUTIERREZ

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of December, 2021.

                                               Troy L. Nunley
                                               United States District Judge