THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALEXANDER FRANCO GUTIERREZ,<br><br>　　　　　Defendant. | Case No.: 2:18-cr-00166-TLN-1<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING**<br><br>Date:　March 3, 2022<br>Time:　9:30 a.m.<br>Judge:　Hon. Troy L. Nunley |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 3, 2022, 2021, is continued to March 31, 2022, at 9:30 a.m. in the same courtroom.   Defense counsel needs additional time to prepare for sentencing.   Christina McCall, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The assigned probation officer is available on the newly requested date.   The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | **March 31, 2022** |
| Reply or Statement | **March 24, 2022** |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **March 17, 2022** |

STIPULATION AND ORDER　　　　- 1 -

       **IT IS SO STIPULATED.**

DATE:  February 23, 2022

                                        /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Alexander Franco Gutierrez

DATED:  February 23, 2022            PHILIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ Christina McCall
                                        CHRISTINA McCALL
                                        Assistant U.S. Attorney

# **ORDER**

      **IT IS SO ORDERED.**

Dated:  February 23, 2022

                                        Troy L. Nunley
                                        United States District Judge