```
THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEXANDER FRANCO GUTIERREZ,<br><br>　　　　Defendant. | Case No.: 2:18-cr-00166-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date:　April 28, 2022<br>Time:　9:30 a.m.<br>Judge:　Hon. Troy L. Nunley |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 28, 2022, is continued to June 9, 2022, at 9:30 a.m. in the same courtroom. Defense counsel will be in trial for about two weeks in early May, and additional time is needed to prepare for sentencing. Christina McCall, Assistant United States Attorney, as well as Thomas A. Johnson and Monica A. Quinlan, Defendant's attorneys, agree to this continuance. The assigned probation officer is available on the newly requested date.

　　　　　　**IT IS SO STIPULATED.**

DATE:  April 26, 2022

　　　　　　　　　　　　　　　　　　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　Attorney for Alexander Franco Gutierrez

　　　　　　　　　　　　　　　　　　/s/ Monica A. Quinlan
　　　　　　　　　　　　　　　　　　MONICA A. QUINLAN
　　　　　　　　　　　　　　　　　　Attorney for Alexander Franco Gutierrez

| | |
|---|---|
| DATED: April 26, 2022 | PHILIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ Christina McCall<br>CHRISTINA McCALL<br>Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: April 26, 2022

_____
Troy L. Nunley
United States District Judge